JUDGE ROBERT J. BRYAN
MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR11-5156RJB |
| Plaintiff, ) | |
| vs. ) | ORDER DIRECTING APPROVAL OF TRAVEL PURSUANT TO APPEARANCE BOND |
| MICHAEL D. MONTGOMERY, ) | |
| Defendant. ) | |

THIS MATTER having come on before the Court on defendant's Motion to Direct Approval of Travel Pursuant to the Appearance Bond, i.e. to allow the defendant to travel to the U.S. Virgin Islands on April 26, 2011 and return to Denver, Colorado on May 2, 2011; and the Court having reviewed the instant motion and the records in this matter,

//
//
//
//
//
//
//

ORDER DIRECTING APPROVAL OF TRAVEL
PURSUANT TO APPEARANCE BOND
*U.S. v. Michael D. Montgomery*, CR11-5156RJB     1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

IT IS HEREBY ORDERED that Mr. Montgomery is allowed to travel to the U.S. Virgin Islands on April 26, 2011 and return to Denver, Colorado on May 2, 2011. All other conditions of release previously set shall remain in effect.

DATED this 25th day of April, 2011.

*[signature]*
Robert J Bryan
United States District Judge

Presented by:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER DIRECTING APPROVAL OF TRAVEL
PURSUANT TO APPEARANCE BOND
U.S. v. Michael D. Montgomery, CR11-5156RJB         2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**